■ MAX L. HIRSCHHORN, Appellant, v. GROUP HEALTH INSURANCE INCORPORATED, et al., Respondents.— In an action to recover damages for libel, the appeal is from an order dismissing the complaint for failure to state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4), with leave to serve an amended complaint. Order affirmed, with $10 costs and disbursements. In our opinion, charges that appellant, a physician, rendered services in a particular case, which were not required in accordance with accepted standards of medical practice or medical care, are not libelous per se, and the complaint was properly dismissed in the absence of any allegations of special damage (cf. *Mencher* v. *Chesley*, 297 N. Y. 94, 100). The language complained of does not charge appellant with malpractice, as there is no statement, express or implied, that the patient was injured by appellant's treatment. (Cf. *Pike* v. *Honsinger*, 155 N. Y. 201, 210.) Neither does that language impute such a charge of general professional ignorance, want of skill, or carelessness, as to be defamatory per se. (Cf. *Twiggar* v. *Ossining Print. & Pub. Co.*, 161 App. Div. 718.) Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur. [13 Misc 2d 338.]

■ In the Matter of BROOKLYN UNION GAS COMPANY, Respondent, v. JOHN CASHMORE, as President of the Borough of Brooklyn, City of New York, et al., Appellants.— In a proceeding pursuant to article 78 of the Civil Practice Act to compel the issuance of a permit for the installation of a gas pressure regulating station in a public street, the appeal is from an order made after a hearing pursuant to section 1295 of the Civil Practice Act directing appellants to issue such a permit. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Ughetta and Kleinfeld, JJ.; Murphy, J., deceased.

■ In the Matter of EDWARD FIDELLOW, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— In a proceeding to review a determination of the State Rent Administrator which denied an application to decontrol certain housing accommodations, the Administrator appeals from an order annulling the determination and directing him to issue orders of decontrol. Order affirmed, with costs. No opinion. Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to dismiss the proceeding, with the following memorandum: The State Rent Administrator's position appears to have been consistent throughout this proceeding and his determination, which follows his own interpretation of his regulations, does not appear to be arbitrary or capricious.

■ In the Matter of HAROLD M. LEEDS, Appellant, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 23, Respondent.— Appeal from an order dismissing the proceeding on the merits. . Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ.; Murphy, J., deceased.